# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **J.C.** *individually and on behalf of J.C.,* *a minor* : : : | |
| **v.** : | **CIVIL ACTION NO. 20-5030** |
| : | |
| **UPPER DARBY SCHOOL DISTRICT** : | |

## ORDER

This 26th day of September, 2022, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Plaintiff's Motion to Supplement the Administrative Record (ECF 15) is **GRANTED**.

/s/ Gerald McHugh
United States District Judge