**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **J.C.** *individually and on behalf of J.C.,* *a minor* | : : : | |
| **v.** | : : | **CIVIL ACTION NO. 20-5030** |
| **UPPER DARBY SCHOOL DISTRICT** | : | |

## ORDER

This 29th day of November, 2022, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Plaintiff's Motion for Judgment on the Administrative Record (ECF 16) is **DENIED**.

/s/ Gerald Austin McHugh
United States District Judge